1

2

3      JS6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MELANIE DELAPAZ,                    **Case No.: 2:21-cv-07712 RGK (KESx)**
                                         Assigned to Hon. R. Gary Klausner
12            Plaintiff,
                                         [~~PROPOSED~~] **ORDER GRANTING**
13       vs.                             **STIPULATION FOR DISMISSAL OF**
                                         **THE ENTIRE ACTION**
14   1605 PCH, LLC; and DOES 1 to 10,                      [21]

15

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1        Based on the stipulation of the parties and for good cause shown:

2

3        IT IS HEREBY ORDERED that the entire action be dismissed without

4

5 prejudice, all parties to bear their own fees and costs, with the Court to retain

6

7 jurisdiction for either the Parties to dismiss the entire action with prejudice or

8

9 Plaintiff to enforce the settlement terms up for thirty (30) days up until May 11,

10

11 2022.

12

13        SO ORDERED.

14

15        DATED:   April 11, 2022                     

16                      United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28